IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CONRAAD L. HOEVER,

    Plaintiff,

v.                                    CASE NO. 4:14cv220-RH/CAS

M. MILLETTE,
CAPTAIN C. FLETCHER,
and LIEUTENANT V. WATSON,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 54, and each side's objections, ECF Nos. 55 and 56. I have reviewed de novo the issues raised by the objections.

The report and recommendation concludes that summary judgment should be entered for the defendants. The plaintiff's objections are unfounded on the merits for the reasons set out in the report and recommendation. The defendants' objections take no issue with the recommended disposition of the case or the analysis in the report and recommendation but complain of the failure to reach

other issues that would provide alternative grounds for the same decision.  There is no reason to reach those issues.

For these reasons and those set out in the report and recommendation,

IT IS ORDERED:

1.  The second report and recommendation is accepted and adopted as the court's opinion.

2.  The defendants' summary-judgment motions, ECF Nos. 43 and 49, are granted.

3.  The clerk must enter judgment stating, "This action was resolved on motions.  It is ordered that the plaintiff Conraad L. Hoever recover nothing on his claims against the defendants C. Fletcher, M. Millette, and V. Watson.  The claims are dismissed on the merits."

4.  The clerk must close the file.

SO ORDERED on August 2, 2016.

                                          s/Robert L. Hinkle
                                          United States District Judge